Frederick E. Pollard, Appellant, v. Lewis R. Worth, Respondent.— Judgment affirmed by default, without costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

James L. Reynolds, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Order denying motion for new trial affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Richardson & Boynton Company, Respondent v. Fanny H. Schiff, Appellant. — Judgment of the City Court of Yonkers affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Samuel Rosenberg, Respondent, v. Agnes F. Haggerty and Others, Appellants. — Order reversed on argument, with ten dollars costs and disbursements, and motion granted. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Harry M. Samson, Respondent, v. Archer Harman, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error in the admission of letter in evidence at folio 115. Hirschberg, P. J., Woodward, Rich and Miller, JJ., concurred.

Edna A. Williams, by Louis C. Williams, Her Guardian ad Litem, Respondent, v. The City of New York and The New York Building-Loan Banking Company, Appellants.— Order modified by requiring as a condition of the amendment the payment by the plaintiff of the trial fee of thirty dollars and the disbursements of the defendant on the trial, with ten dollars costs of the motion, and as modified affirmed, without costs. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Annie W. Wood, Respondent, v. Lorenzo Wood, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Bruno Haack, an Infant, etc., Respondent, v. The Brooklyn Labor Lyceum Association, Appellant, Impleaded with Joseph Heilig and The City of New York, Defendants.— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Laura A. Haack, Respondent, v. The Brooklyn Labor Lyceum Association, Appellant, Impleaded with Joseph Heilig and The City of New York, Defendants.— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railway or Railways for the Convenience and Transportation of Persons and Property, as Determined by the Board, Ought to Be Constructed and Operated. Brooklyn and Manhattan Loop Lines. Brooklyn Sections.— Order signed. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the Appointment of Three Commissioners, etc. Fourth Avenue Route.— Order signed. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Henry Leifert, Respondent, v. Interborough Rapid Transit Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

James B. Ludlow, as Trustee, Appellant, v. Robert C. Galindo and Others, Respondents.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller. JJ.

Mary A. O'Reilly, as Administratrix, etc., Appellant, v. Brooklyn Heights Railroad Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

The Town of North Hempstead, Appellant, v. Louise U. Eldridge, Respondent.— Order resettled by inserting a recital that the appeal was argued before five justices of this court, and the decision concurred in by four, the remaining justice having, prior to the decision, been appointed a member of the Court of Appeals. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.